**JS−6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FIDELITY & GUARANTY INSURANCE
COMPANY , et al.

        Plaintiff(s),

   v.

CENTEX HOMES , et al.



        Defendant(s).

CASE NO:
5:15−cv−00312−FMO−DTB

**ORDER DISMISSING ACTION
WITHOUT PREJUDICE**

    Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>60</u> **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: September 8, 2015

      _/s/ Fernando M. Olguin_
Fernando M. Olguin
United States District Judge